UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM FOSTER,<br>Plaintiff,<br>v.<br>AMAZON.COM SERVICES LLC,<br>Defendant. | No. 2:26-cv-02926-DC-CKD (PS)<br><br>ORDER DIRECTING SERVICE |

Plaintiff Adam Foster proceeds without counsel under the Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621-634.[1] Plaintiff also seeks to proceed in forma pauperis. Plaintiff submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

Pursuant to 28 U.S.C. § 1915(e), the court must screen every in forma pauperis proceeding and must order dismissal of the case if it is “frivolous or malicious,” “fails to state a claim on which relief may be granted,” or “seeks monetary relief against a defendant who is immune from such relief.” 28 U.S.C. § 1915(e)(2)(B); Lopez v. Smith, 203 F.3d 1122, 1126-27 (2000). For purposes of screening, the court finds the complaint states a potentially cognizable claim. By this order, the court orders service of the complaint (ECF No. 1) on defendant.

[1] This matter is before the undersigned pursuant to Local Rule 302(c)(21). See 28 U.S.C. § 636(b)(1).

Accordingly, IT IS ORDERED as follows:

1. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is GRANTED.

2. Service of the complaint (ECF No. 1) is appropriate for defendant Amazon Services LLC.

3. The Clerk of Court shall issue process pursuant to Rule 4 of the Federal Rules of Civil Procedure. The Clerk shall send to plaintiff (i) one copy of this order, (ii) one summons and one USM-285 form (with related documents); (iii) one copy of the Consent/Decline form for each named party; and (iv) a copy of the court's order setting status conference;

4. Within 30 days from the date of this order, plaintiff shall supply the U.S. Marshal (501 I Street, 5th Floor, Sacramento, CA 95814) with all of the following:

a. For the defendant to be served: (i) a copy of this order, (ii) a completed summons and completed USM-285 form, (iii) a Consent/Decline form, and (iv) a copy of the complaint and court's order setting status conference;

b. For the U.S. Marshal: an extra copy of the complaint;

5. Within 10 days of submitting the documents to the U.S. Marshal, plaintiff shall file a statement with the court indicating the Marshal has the documents;

6. The U.S. Marshal shall serve process—including copies of this court's scheduling order and Consent/Decline forms for the defendant—within 90 days of receipt of the required information from plaintiff, without prepayment of costs;

7. If defendant waives service, defendant is required to return the signed waiver to the U.S. Marshal. The filing of an answer or a responsive motion does not relieve defendant of this requirement, and the failure to return the signed waiver may subject defendant to an order to pay the costs of service by the U.S. Marshal; and

/////

/////

/////

/////

/////

8. Failure to comply with this order may result in any appropriate sanctions, including monetary sanctions and/or dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

Dated: November 4, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.fost23cv2926.scrn.serv